

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2020

**By Email and ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*So ordered. Time is excluded in the interest of justice.*

*Alvin K. Hellerstein*

*1-6-20*

Re:   *United States v. Kay Ann Walker*, 19 Cr. 929 (AKH)

Dear Judge Hellerstein:

The Government writes in advance of the initial pretrial conference in the above-referenced case, which has not yet been scheduled. On November 25, 2019, the defendant was presented before the Honorable Robert W. Lehrburger, United States Magistrate Judge, and she was released from custody on that day, subject to certain bail conditions. On December 30, 2019, a Grand Jury in this District returned a two-Count Indictment against the defendant. On January 8, 2020, the defendant will be arraigned on the charges in the Indictment before the Honorable Debra Freeman, United States Magistrate Judge.

In advance of the upcoming arraignment, the Government writes to respectfully request that the time between today and January 8, 2020, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time (1) to produce and review discovery, and (2) to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has consented to this request.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1-6-20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   ___/s/_____

Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc:  Robert Baum (via email)