# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC S.DNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/20

January 8, 2020

*So ordered. The conference is adjourned to January 24, 2020 at 11:00 am. Time between now and then is excluded in the interest of justice.*

**BY ECF AND FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street Room 1050
New York, New York 10007

Re: **United States v. Kay Ann Walker**
    **19 Cr. 929 (AKH)**

*Alvin K. Hellerstein
1-8-2020*

Dear Judge Hellerstein:

This letter is respectfully submitted on behalf of my
client, Kay Ann Walker, to request an adjournment of the initial
conference before the Court scheduled for this Friday January 10,
2020. Counsel is out of the office and unavailable that date. I
request a one week adjournment to Friday January 17, 2020 or any
date thereafter, subject to the convenience of the Court. I have
spoken with Kaylan Lasky on behalf of the Government and she
consents to this application.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

cc:   Kaylan Lasky, Esq.
      Assistant United States Attorney