# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

January 22, 2020

*The conf. is adjourned and time is excluded, to February 28, 2020 @ 11:00am*
*[signed] Alvin K. Hellerstein*
*1/23/2020*

**BY ECF AND FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: **United States v. Kay Ann Walker**
    **19 Cr. 929 (AKH)**

Dear Judge Hellerstein:

I write on behalf of my client, Kay Ann Walker, to respectfully request that the Court excuse the appearance of Ms. Walker at the status conference with the Court scheduled for Friday, January 24, 2020 at 11:00 A.M.. Counsel has not yet completed review of the extensive Discovery already provided by the Government and additional Discovery is expected. In addition we expect to submit a written application to the Government to consider a deferred prosecution for Ms. Walker. I have spoken with Kaylan E. Lasky Esq., on behalf of the Government, and she consents to this application.

As a result of this arrest and prosecution, Ms. Walker was fired from her job with the U.S. Postal Service but recently obtained a new job. She is concerned that a request to take the day off to appear in court so early in her employment will result in a termination of her employment

The Federal Rules of Criminal Procedure, Rule 43(b)(3), provides that a defendant need not be present "when the proceeding involves only a conference or hearing upon a question of law."

Thank you for your consideration of this matter.

Respectfully submitted,
Robert M. Baum
Assistant Federal Defender

cc: Kaylan E. Lasky, Esq.
    Assistant United States Attorney