# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2020

February 24, 2020

**BY ECF AND FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

Re: **United States v. Kay Ann Walker**
    **19 Cr. 929 (AKH)**

Dear Judge Hellerstein:

I write on behalf of my client, Kay Ann Walker, to respectfully request that the Court adjourn the status conference currently scheduled for February 28, 2020. I have spoken with Kaylan E. Lasky, Esq., on behalf of the Government and she consents to this request. I have also spoken with the Court's Courtroom Deputy, who advised me that April 24, 2020 at 11:00 AM, is an availabable date for the Court.

Ms. Walker is currently seeing a psychiatrist who is preparing an evaluation for both the Court's consideration and for purposes of plea discussions with the Government.

If the Court grants this application, I respectfully request that the Court exclude the time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(7)(A), in the interests of justice.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

*[Handwritten: The conf is adjourned from 2/28/2020 to April 24, 2020, 11:00 a.m., and Time is excluded until 4/24/20. 2-24-2020 /s/ AK Hellerstein]*

**SO ORDERED:**

_____
**HONORABLE ALVIN K. HELLERSTEIN**
United States District Judge

cc: Kaylan E. Lasky, Esq.
    Assistant United States Attorney