UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,                     :
                                              :
         -v-                                  :     **SCHEDULING ORDER**
                                              :
                                              :     19 Cr. 929 (AKH)
KAY ANN WALKER,                               :
                                              :
                                              :
         Defendant.                           :
                                              :
                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a pre-trial conference on January 7, 2021 at 12:30 p.m., which will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

       Finally, no later than January 6, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    January 5, 2021                 /s/
            New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge