# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2022

So Ordered. The Clerk shall terminate ECF No. 44.
/s/ Alvin K. Hellerstein, U.S.D.J.

6/9/2022

**BY ECF AND EMAIL**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street Room 1050
New York, New York 10007

**Re: United States v. Kay Ann Walker**
    **19 Cr. 929 (AKH)**

Dear Judge Hellerstein:

    This letter is respectfully submitted on behalf of my client, Kay Ann Walker, to request that the Court Order Pretrial Services to return the passport of Ms. Walker to her which they have been holding as a condition of bail. Ms. Walker was sentenced to a term of probation approximately one year ago. I understand that Pretrial Services is prepared to return the passport but will do so only pursuant to a Court order.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

**SO ORDERED:**

_____
**HONORABLE ALVIN K. HELLERSTEIN**
**United States District Judge**

cc: Kaylan Lasky, Esq.
     Assistant United States Attorney